BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BROADWAY MECHANICAL - CONTRACTORS, INC., a California Corporation,<br><br>Defendant. | No. 4:14-CV-04668-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' TO ANSWER PLAINTIFF'S COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the time within which Defendants have to answer or otherwise respond to Plaintiffs' Complaint.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiffs filed the Complaint in this action on October 20, 2014. The parties are currently attempting to resolve this matter. With this Stipulation, Defendants' deadline for answering and or otherwise responding to the Complaint is extended to March 16, 2015, to allow the parties additional time to attempt to resolve this matter.

Pursuant to Civil Local Rules 7-12 and 16-2, the parties also request that the Court continue the Case Management Conference currently scheduled for February 27, 2015 at 11:00 am for 30 days. The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

Dated: February 3, 2015

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ *Concepcion E. Lozano-Batista*
            CONCEPCIÓN E. LOZANO-BATISTA,
            Attorneys for Plaintiffs

Dated: February 3, 2015

        Kelly Litigation Group

        By: /s/ *Michael Mengarelli*
            MICHAEL MENGARELLI,
            Attorney for Defendants

### [PROPOSED] ORDER

It is so ordered that the Stipulations extending the time for Defendants to Answer Plaintiff's Complaint and continuing the February 27, 2015 Case Management Conference are entered in this matter, as set forth above. In addition, the Court orders:

```
The Case Management Conference shall be rescheduled for March 27,
2015, at 11:00 a.m.
```

Dated: __February 4__, 2015

                      /s/ Jeffrey S. White
                      THE HONORABLE JEFFREY S. WHITE

136455/797086

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-CV-04668-JSW

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On February 4, 2015, I served the following documents in the manner described below:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' TO ANSWER PLAINTIFF'S COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    XX    (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

Michael R. Mengarelli, Esq.    *Attorneys for Defendant*
Kelly Litigation Group Inc
3 Lagoon Drive, Suite 225
Redwood City, CA 94065
Phone: (650) 591-2282
Fax: (650) 591-2292
E-mail: mmengarelli@kellylitigationgroup.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2015, at Alameda, California.

    */s/ Kimberly Love*
    Kimberly Love

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-CV-04668-JSW