BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
        clozano@unioncounsel.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>   v.<br><br>BROADWAY MECHANICAL - CONTRACTORS, INC., a California Corporation,<br><br>        Defendant. | No. 4:14-CV-04668-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

       Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the time within which Defendants have to answer or otherwise respond to Plaintiffs' Complaint.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-CV-04668-JSW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiffs filed the Complaint in this action on October 20, 2014.  The parties are currently attempting to resolve this matter.  On February 2, 2015, the parties met and reached a tentative resolution of this case, which required Plaintiffs to complete a full audit of Defendant's books and records prior to finalizing the settlement.  Plaintiffs recently completed an audit of Defendant's books and records and forwarded the audit results to Defendant.  Plaintiffs and Defendant are currently working on settling this matter based on the audit amounts discovered.  Plaintiffs and Defendant request additional time to finalize the audit, review the audit results and come to a final agreement on the settlement of this case.

With this Stipulation, Defendants' deadline for answering and or otherwise responding to the Complaint is extended to July 15, 2015, to allow the parties additional time to attempt to resolve this matter.

Pursuant to Civil Local Rules 7-12 and 16-2, the parties also request that the Court continue the Case Management Conference currently scheduled for May 22, 2015 at 11:00 am for 60 days.  The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

Dated: May 21, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _/s/ Concepcion E. Lozano-Batista_
CONCEPCIÓN E. LOZANO-BATISTA,
Attorneys for Plaintiffs

Dated: May 21, 2015

Kelly Litigation Group

By: _/s/ Michael Mengarelli_
MICHAEL MENGARELLI,
Attorney for Defendant

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-CV-04668-JSW

**[PROPOSED] ORDER**

It is so ordered that the Stipulations extending the time for Defendant to Answer Plaintiffs' Complaint and continuing the May 22, 2015 Case Management Conference are entered in this matter, as set forth above.  In addition, the Court orders:  the case management conference is HEREBY CONTINUED to July 24, 2015 at 11:00 a.m.  The parties' joint case management statement is due to be filed by no later than July 17, 2015.  If the parties seek to continue the case management conference, they shall file a stipulation or administrative motion with sufficient time to allow the Court to rule on the request before deadline to file their statement on July 17, 2015.

Dated:  May 21_____, 2015

_____
THE HONORABLE JEFFREY S. WHITE

136455/812807

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-CV-04668-JSW