BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
　　　　　clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BROADWAY MECHANICAL - CONTRACTORS, INC., a California Corporation,<br><br>　　　　　　　　Defendant. | No. 4:14-cv-04668-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendant hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to Plaintiffs' Complaint.

/ / /

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-cv-04668-JSW

1      Plaintiffs filed the Complaint in this action on October 20, 2014.  The parties are currently

2 attempting to resolve this matter.  On February 2, 2015, the parties met and reached a tentative

3 resolution of this case, which required Plaintiffs to complete a full audit of Defendant's books and

4 records prior to finalizing the settlement.  Plaintiffs have finalized the audit and forwarded the

5 results to Defendant.  Plaintiffs and Defendant have been in settlement negotiations over the audit

6 results and the settlement of this case.  Plaintiffs and Defendant are hopeful that the matter will be

7 resolved in the coming month.  Additionally, Plaintiffs' lead trial counsel, Concepción Lozano-

8 Batista, will be out of town for the upcoming Case Management Conference.  Thus, the parties

9 would request that the Court continue the deadlines in this case to allow the parties to attempt to

10 resolve this matter.

11      With this Stipulation, Defendant's deadline for answering and or otherwise responding to

12 the Complaint is extended to August 31, 2015.

13      Pursuant to Civil Local Rules 7-12 and 16-2, the parties request that the Court continue

14 the Case Management Conference currently scheduled for July 24, 2015 at 11:00 am for 45 days.

15 The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted

16 to the Court for approval without the necessity of a hearing.

17 Dated: July 17, 2015

18                             WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

19

20                             By:  */s/ Concepcion E. Lozano-Batista*
                                CONCEPCIÓN E. LOZANO-BATISTA,

21                                 Attorneys for Plaintiffs

22 Dated: July 17, 2015

23                             Kelly Litigation Group

24

25                             By:  */s/ Michael Mengarelli*
                                MICHAEL MENGARELLI,

26                                 Attorney for Defendants

/ / /

27 / / /

28 / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-cv-04668-JSW

# [PROPOSED] ORDER

It is so ordered that the Stipulations extending the time for Defendants to Answer Plaintiff's Complaint and continuing the July 24, 2015 Case Management Conference are entered in this matter, as set forth above. In addition, the Court orders: the case management conference is continued to September 11, 2015 at 11:00 a.m.

Dated: July 20, 2015

_____
THE HONORABLE JEFFREY S. WHITE

136455/821180

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER; CONTINUE CMC
CASE NO. 4:14-cv-04668-JSW