IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br> BROADWAY MECHANICAL CONTRACTORS, INC., A CALIFORNIA CORPORATION,<br><br>Defendant.<br>_____ / | No. C 14-04668 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received the parties' September 3, 2015 notice of settlement.  In that notice, the parties predict "that a dismissal will be filed within the next thirty (30) days."  Additionally, Plaintiffs request that the Court "vacate any remaining hearing dates in this case."

The parties are scheduled to appear on September 11, 2015, for the initial case management conference in this case.  The Court denies the request to vacate the initial case management conference at this time.  However, the Court CONTINUES the initial case management conference to November 13, 2015 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE