BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>           Plaintiffs,<br><br>    v.<br><br>BROADWAY MECHANICAL - CONTRACTORS, INC., a California Corporation,<br><br>           Defendant. | No. 4:14-cv-04668-JSW<br><br>**NOTICE OF DISMISSAL;<br>[PROPOSED] ORDER THEREON** |

/ / /

/ / /

/ / /

1

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1   NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1),
2   Plaintiffs voluntarily dismiss the above-captioned action. The parties have resolved this matter,
3   and Defendant will be making payment pursuant to the settlement agreement to Plaintiffs.
4   Pursuant to the resolution of this matter, Plaintiffs request that the Court maintain jurisdiction
5   over this case for three (3) months.

6   A Case Management Conference has been scheduled for November 13, 2015. With this
7   Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: October 29, 2015

                            WEINBERG, ROGER & ROSENFELD
                            A Professional Corporation


                            By:   /s/  Concepcion E. Lozano-Batista
                                  CONCEPCIÓN E. LOZANO-BATISTA
                                  Attorneys for Plaintiffs


**[PROPOSED] ORDER**

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until January 29, 2016. The Case Management Conference set for November 13, 2015 is hereby vacated.


Dated:  November 9, 2015                    _____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Court Judge

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF DISMISSAL; [PROPOSED] ORDER THEREON
CASE NO. 4:14-CV-04668-JSW